WILLIAMSON *v.* HEYER, 4 Wend. 170.

### Dismissal of Appeal.

IN this case, on a motion to dismiss an appeal as brought from an order of the Chancellor, to which an appeal does not lie.

The Court of Errors held, an order denying a motion for the *re-hearing of a motion* for instructions to a master in the examination of a witness, would not be entertained, and that an appeal from an order refusing a *rehearing* in any case, would not be sustained unless under very special and peculiar circumstances.

Appeal dismissed with costs.